# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL PRICE

VERSUS

KEVIN SCHEXNAYDER,
JR., ET AL

NO.   2025 CW 0409

**JUNE 30, 2025**

---

In Re:   Farmers Property and Casualty Insurance Company and
Kevin Schexnayder, Jr., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 753123.

---

BEFORE:   **PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include a copy of the pertinent minutes of the February 24, 2025 hearing on defendants' motion to strike, in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the transcript of the hearing and all evidence introduced at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing information noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before July 30, 2025 and must contain a copy of this ruling.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT